# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Criminal No. 08-20233

v.

D-1   GREGORY MARTIN,

        Defendant.

_____/

## CONSENT TO TRANSFER CASE
## FOR PLEA AND SENTENCE UNDER RULE 20, FRCrP

I, Gregory Martin, defendant, have been informed that an Indictment is pending against me in this action. I wish to plead guilty; to consent to the disposition of the case in the District of Colorado, in which I am present; and to waive trial in the above-captioned District.

Dated: 9-24-____, 2008

GREGORY MARTIN

Dated: 9/24, 2008

JOSEPH ST. VELTRIE
Attorney for Defendant

### APPROVAL OF UNITED STATES ATTORNEYS

TERRENCE BERG
Acting United States Attorney
Eastern District of Michigan

by: Craig F. Wininger
Assistant United States Attorney

EID / TROY A.
David M. Gaouette, Acting U.S. Attorney
United States Attorney
District of Colorado

by: Greg Rhodes
Assistant United States Attorney

I hereby certify that the foregoing is a true copy of the original on file in this Office.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

By _____
          Deputy

reassigned

# U.S. District Court
# Eastern District of Michigan (Flint)
# CRIMINAL DOCKET FOR CASE #: 4:08-cr-20233-SFC-MJH-1
# Internal Use Only

Case title: USA v. Martin                                    Date Filed: 06/24/2008

Assigned to: District Judge Sean F Cox
Magistrate Judge Michael J. Hluchaniuk

**Defendant (1)**

| | |
|---|---|
| **Gregory Martin** | represented by **Neil H. Fink**<br>185 Oakland Avenue<br>Suite 250<br>Birminghanm, MI 48009<br>248-258-3181<br>Fax: 248-258-3180<br>Email: dadcoach23@aol.com<br>*ATTORNEY TO BE NOTICED* |

**Pending Counts**                                           **Disposition**

CONTROLLED SUBSTANCE - SELL,
DISTRIBUTE, OR DISPENSE
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                        **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                               **Disposition**

None

**Plaintiff**

| | |
|---|---|
| **United States of America** | represented by **Craig F Wininger**<br>U.S. Attorney Office - Flint<br>600 Church St.<br>Flint, MI 48502<br>810-766-5032<br>Email: craig.wininger@usdoj.gov |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2008 | 2 | PETITION AND ORDER to Seal Indictment and Arrest Warrant as to Gregory Martin. Signed by Magistrate Judge Michael J. Hluchaniuk. (PMil) (PMil). (Entered: 06/24/2008) |
| 06/24/2008 | 1 | NOTICE of reassignment from Judge Paul V. Gadola to Judge Sean F. Cox pursuant to Admin. Order 08-AO-023 as to *Gregory Martin* (PMil) (Entered: 06/24/2008) |
| 06/24/2008 | 3 | PETITION AND ORDER to Unseal Indictment and Arrest Warrant as to Gregory Martin. Signed by Magistrate Judge Michael J. Hluchaniuk. (PMil) (Entered: 06/24/2008) |
| 06/24/2008 | 4 | INDICTMENT as to Gregory Martin (1) count(s) 1. [TIME STAMP DATE 4/30/08] (PMil) (Entered: 06/24/2008) |
| 06/24/2008 | 5 | (Court only) Warrant for Arrest Issued as to Gregory Martin. [Request for warrant upon Indictment time stamped and warrant issued 4/30/08] (PMil) (Entered: 06/24/2008) |
| 06/24/2008 | | Minute Entry for proceedings held before Magistrate Judge Michael Hluchaniuk: Initial Appearance as to Gregory Martin. Defedant appeared without counsel. Appearance of counsel to be filed within 7 days. Bond Info: Gregory Martin (1) $50,000.00 Unsecured. (Tape #: FTR - Flint) (AUSA: Craig Wininger) (PPel) (Entered: 06/24/2008) |
| 06/24/2008 | | Minute Entry for proceedings held before Magistrate Judge Michael Hluchaniuk: Arraignment as to Gregory Martin (1) Count 1 held on 6/24/2008 Disposition: Not Guilty Plea entered (Tape #: FTR - Flint) (AUSA: Craig Wininger) (PPel) (Entered: 06/24/2008) |
| 06/26/2008 | 6 | ORDER Setting Conditions of Release as to Gregory Martin (1) $50,000 Unsecured. Signed by Magistrate Judge Michael J. Hluchaniuk. (DEld) (Entered: 06/27/2008) |
| 06/26/2008 | 7 | Bond as to Gregory Martin in the amount of $50,000 Unsecured entered. (JCre) (Entered: 06/27/2008) |
| 07/03/2008 | 8 | NOTICE OF ATTORNEY APPEARANCE: Neil H. Fink appearing for Gregory Martin *Appearance* (Fink, Neil) (Entered: 07/03/2008) |
| 07/03/2008 | 9 | NOTICE TO APPEAR as to *Gregory Martin*, **Status Conference set for 7/15/2008 09:30 AM in Flint before District Judge Sean F Cox Jury Trial set for 8/19/2008 09:00 AM before District Judge Sean F Cox** (JHer) (Entered: 07/03/2008) |
| 07/15/2008 | | Minute Entry for proceedings held before District Judge Sean F Cox: Status Conference as to Gregory Martin held on 7/15/2008(Court Reporter: Jennifer Chase) (Defendant Attorney: Neil Fink) (AUSA: Nancy Abraham) (JHer) (Entered: 07/15/2008) |
| 07/15/2008 | 1 | ORAL MOTION to Adjourn Trial by Gregory Martin. (JHer) (Entered: 07/15/2008) |
| 07/15/2008 | 10 | ORDER TO CONTINUE - Ends of Justice as to Gregory Martin Time excluded from 8/19/08 until 10/7/08. ( **Motions due by 8/18/2008, Plea Hearing or Final Pretrial Conf set for 9/26/2008 03:30 PM IN FLINT before District Judge Sean F Cox, Jury Trial set for 10/7/2008 09:00 AM before District Judge Sean F Cox**) Signed by District Judge Sean F Cox. (JHer) (Entered: 07/15/2008) |
| 09/26/2008 | | Minute Entry for proceedings held before District Judge Sean F Cox: Status Conference as to Gregory Martin held on 9/26/2008 ( **Status Conference reset for 10/2/2008 09:00 AM IN DETROIT before District Judge Sean F Cox**) (Defendant Attorney: Neil Fink (via phone) (AUSA: Craig Winninger) (JHer) (Entered: 09/26/2008) |
| 09/30/2008 | | Reset Deadlines/Hearings as to Gregory Martin: **Status Conference reset for 10/2/2008 04:00 PM IN DETROIT (TIME CHANGE ONLY) before District Judge Sean F Cox** |

|            |    |                                                                                                                                          |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | (JHer) (Entered: 09/30/2008)                                                                                                             |
| 10/02/2008 | 11 | CONSENT TO TRANSFER for Plea and Sentence under (Rule 20) to District of Colorado. (Wininger, Craig) (Entered: 10/02/2008)               |
| 10/10/2008 | 12 | NOTICE transferring case to *District of Colorado* as to Gregory Martin. (DEId) (Entered: 10/10/2008)                                    |

I hereby certify that the foregoing is a true copy of the original on file in this Office.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

By_____
                    Deputy

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1   GREGORY MARTIN,

    Defendant.

NO. **08-20233**

HON. PAUL GADOLA
United States District Judge

FILED 2008 APR 30 PM 4:04
U.S. DIST. COURT CLERK
EAST DIST. MICH. FLINT

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
Conspiracy to Distribute 1000 Kilograms or More of Marijuana
21 U.S.C. § 841 & 846

That beginning in January 2007 and continuing to January 25, 2007, in the Eastern District of Michigan, and elsewhere, defendant Greg Martin did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with Rigoberto Najera and with other

I hereby certify that the foregoing is a true copy of the original on file in this Office.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

By _____
                Deputy

persons whose names are both known and unknown to the Grand Jury, to commit offenses against the United States, that is, to distribute 1000 kilograms or more of marijuana, a schedule 1 controlled substance, in violation of Title 21 U.S.C. § 841 & 846.

THIS IS A TRUE BILL.

s/ GRAND JURY FOREPERSON

Dated: April 30, 2008

STEPHEN J. MURPHY
United States Attorney


s/ BARBARA COLBY TANASE
Assistant United States Attorney-in-Charge


s/ CRAIG F. WININGER
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone number: (810) 766-5032
Fax number: (810) 766-5427
E-mail: Craig.Wininger@usdoj.gov
P57058

2

| United States District Court, Eastern District of Michigan | Criminal Case Cover Sheet | Case Number 08-20233 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this document to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)¹: | Judge Assigned: |
| ☐ Yes ☐ No | AUSA's Initials: cfw |

**FILED** 08 APR 30 P 4:09

**Case Title:** UNITED STATES OF AMERICA v. GREGORY MARTIN

**County where offense occurred:** Genesee

**Check One:** ☒ Felony  ☐ Misdemeanor  ☐ Petty

☐  Indictment ____ /Information ____ no prior complaint.
☒  Indictment ____ /Information ✓ based upon prior complaint [Case number: _07-30068_]
☐  Indictment ____ /Information ____ based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information

**Superseding to Case No:** _____ **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges |
|---|---|
| | |

April 30, 2008
Date

CRAIG F. WININGER (P57058)
Assistant United States Attorney

(810) 766-5032
Telephone Number

¹ Companion cases are matters in which it appears that substantially similar evidence will be offered at trial or the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.             5/1/08