IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Action No. 08-cr-00433-REB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

Gregory Martin,

  Defendant.

ORDER EXONERATING BOND

  This court has granted a government motion to voluntarily dismiss the charges against the defendant. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

  **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

  **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

  DATED at Denver, Colorado, August 23, 2010.

          **BY THE COURT:**

          *Bob Blackburn*
          Robert E. Blackburn
          United States District Judge